**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 14-7234

JOHNNY DWAYNE ADAMS,

            Plaintiff – Appellant,

      v.

DR. OFOUGHT; MEDICAL DEPARTMENT AT SOUTHWEST VIRGINIA
REGIONAL JAIL AUTHORITY; RICK NIECE, Charge Nurse,

            Defendants - Appellees.

Appeal from the United States District Court for the Western
District of Virginia, at Roanoke.   Norman K. Moon, Senior
District Judge.  (7:12-cv-00462-NKM-RSB)

Submitted:  January 30, 2015        Decided:  February 9, 2015

Before KEENAN and THACKER, Circuit Judges, and DAVIS, Senior
Circuit Judge.

Affirmed by unpublished per curiam opinion.

Johnny Dwayne Adams, Appellant Pro Se.   Elizabeth Kay Dillon,
Jennifer Dillow Royer, GUYNN & DILLON, P.C., Salem, Virginia,
for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Johnny Dwayne Adams appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2012) complaint, finding that Adams failed to exhaust his administrative remedies. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Adams v. Ofought, No. 7:12-cv-00462-NKM-RSB (W.D. Va. Aug. 4, 2014). We deny the motion to appoint counsel. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this Court and argument would not aid the decisional process.

AFFIRMED